UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-268 RHK/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR EXCLUDABLE |
| v.   ) | TIME AND CONTINUANCE |
| ) | |
| ABDIRIZAK RAGE, ) | |
| ) | |
| Defendant. ) | |

The above entitled matter had previously come before the Court upon the application of the defendant for a continuance based upon the need to additional time to conduct necessary medical or psychiatric evaluations for purposes of trial and the Court having found that the interests of justice justified such a continuance after consideration of all the factors set forth in 18 U.S.C. § 3161(h)(8)(B) and upon the application of the defendant with the agreement of the United States for a further finding of excludable time to complete the evaluations, it is hereby ordered that the time from the date of this order to March 1, 2007, is excludable from the time within which trial must be held within the meaning of 18 U.S.C. § 3161.

Dated: 12/28/06

s/Richard H. Kyle
Honorable Richard H. Kyle
United States District Court Judge