UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-268 RHK/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FINDING EXCLUDABLE |
| ) | TIME UNDER THE SPEEDY |
| ABDIRIZAK RAGE, ) | TRIAL ACT, 18 U.S.C. § 3161 |
| ) | |
| Defendant. ) | |

Upon the application of the defendant and for good cause shown, the Court hereby finds the time from March 12, 2007, to May 15, 2007, shall be excluded from those days which are included in calculating the 70 days within which a defendant must be tried under the Speedy Trial Act.  The Court finds that the ends of justice served by this exclusion outweigh the interest of the public or the defendant in a speedier trial.  The Court further finds that the need for both parties to have complete and accurate psychiatric reports is in the interest of justice and the delay, even given due diligence is necessary for that purpose.  The failure to exclude this time, and thus effectively to grant a continuance in the proceedings would result in a miscarriage of justice and also is required by the other factors set forth in 18 U.S.C. § 3161(h)(8)(B).

Dated: 3/12/07

s/Richard H. Kyle
Honorable Richard H. Kyle
United Stated District Court Judge