UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-268 RHK/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER FOR PSYCHIATRIC |
| v. ) | OR PSYCHOLOGICAL |
| ) | EXAMINATION AND REPORT |
| ABDIRIZAK RAGE, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court on application of the United States seeking an examination and report pursuant to 18 U.S.C. § 4241(b) and 18 U.S.C. §§ 4247(b) and (c)(4)(A) to determine if the defendant is unable to understand the nature and consequences of the proceedings against him or properly assist in his defense due to a mental disease or defect as set forth in 18 U.S.C. § 4241(d).

Based upon the information available to the Court, including all filings:

IT IS HEREBY ORDERED:

1. That the defendant undergo a psychiatric or psychological examination, and that the resulting report be filed with the Court, pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).

2. That the examination shall report on whether or not the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

3. That the defendant surrender to the custody of the Attorney General at a location designated for hospitalization by the Attorney General and at the time designated by the Attorney General for purposes of the examination.

4.     That the Attorney General, pursuant to 18 U.S.C. § 4241(d)(1) and 18 U.S.C. § 4247(b), conduct the psychiatric or psychological examination in the suitable facility closest to the Court, unless impracticable.

5.     If the Attorney General believes that the only practicable location for the examination is outside the State of Minnesota, that the Attorney General report that determination to the Court prior to the designated date for commencement of the examination.

6.     Pursuant to 18 U.S.C. § 4247(b), the Attorney General is directed to return the report to the Court and release the defendant from its custody after 30 days, unless prior to the expiration of 30 days, the Attorney General has received, upon a showing of good cause, an extension of the 30-day period for an additional specified period of time.

Dated: 3/29/07

                                        s/Richard H. Kyle
                                        Honorable Richard H. Kyle
                                        United States District Court Judge