UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                              Criminal No. 06-268 RHK/SRN

v.

                              **ORDER FOR RELEASE**

Abdirizak Rage,

                Defendant.

---

Michael Dees, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Lyonel Norris, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

      On March 29, 2007 this Court issued an order requiring the defendant Abdirizak Rage to report to Federal Medical Center at Rochester, Minnesota, for psychological evaluation. That evaluation has now been completed and

      **IT IS HEREBY ORDERED** that Abdirizak Rage shall be released forthwith from the Federal Medical Center at Rochester, Minnesota.

Dated: 5/24/07                                            s/Richard H. Kyle
                                                               Honorable Richard H. Kyle
                                                               United States District Court Judge